UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK CAMPOS BERMUDEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DAVID J. REED; TRUBOY FREIGHT; and DOES 1 to 30,<br><br>　　　　Defendants. | Case No.: CV 00360 FCD DAD<br><br>**ORDER ENLARGING DEADLINE FOR FILING JOINT STATUS REPORT** |

PURSUANT TO STIPULATION, IT IS SO ORDERED that the deadline for the parties to file their Joint Status Report is:

| Old Date | New Date | Event |
|---|---|---|
| April 19, 2005 | June 21, 2005 | Deadline to file Joint Status Report. |

　　　　IT IS SO ORDERED.

Dated: April 26, 2005　　　　　　　　　　　　　　/s/ Frank C. Damrell Jr.
　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Frank C. Damrell, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge

1
[PROPOSED] ORDER ENLARGING DEADLINE FOR FILING JOINT STATUS REPORT
150278.1